**No. 26-10534**

# In the United States Court of Appeals for the Fifth Circuit

## IN RE: TIMOTHY L. BARTON,

*Petitioner.*

Related District Court Case:

*SEC v. Barton, No. 3:22-CV-2118-X (N.D. Tex.)*

The Honorable Brantley Starr, United States District Judge

## PRO SE MOTION FOR PERMISSION TO REGISTER AS A CM/ECF FILING USER

**Timothy L. Barton, Pro Se**
3926 Vista Woods Drive
Carrollton, TX 75007
Phone: 214-673-8714
Email: Timothy.Barton@proton.me

Appellant Timothy L. Barton, proceeding pro se and not incarcerated, respectfully moves for permission to register as a CM/ECF Filing User in this appeal pursuant to 5th Cir. R. 25.2.1. In support, he states:

## I. BACKGROUND

1. Appellant appears pro se and can prepare and upload searchable, text-based PDF documents that comply with the Fifth Circuit's ECF practices.

2. Filing-User status will allow Appellant to: (a) file electronically; (b) receive Notices of Docket Activity (NDAs) that constitute service on Filing Users; and (c) efficiently access the Electronic Record on Appeal.

## II. AUTHORITY AND GOOD CAUSE

3. 5th Cir. R. 25.2.1 authorizes the Clerk to permit non-incarcerated pro se parties in civil cases to register as Filing Users under conditions the Clerk may set.

4. Appellant will comply with FRAP 27 (motions), FRAP 32 (form/word limits), and the Fifth Circuit's ECF standards, including maintaining current email contact information and promptly responding to Clerk directives.

5. Granting this request will streamline filings and service and will not prejudice any party.

## III. REQUESTED RELIEF

Appellant respectfully asks the Court to enter the accompanying Proposed Order:

1. granting this motion;
2. authorizing Appellant to register in CM/ECF as a Filing User for No. 26-10534; and
3. directing the Clerk to link Appellant's CM/ECF account (email: timothy.barton@proton.me) to this appeal for electronic filing and noticing.

Dated: July 03, 2025

Respectfully submitted,

*/s/ Timothy L. Barton*
**Timothy L. Barton, Pro Se**
3926 Vista Woods Drive
Carrollton, TX 75007
(214) 673-8714
Timothy.Barton@proton.me

## CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), it contains **803** words, as counted by the word-processing system used to prepare this motion.

This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

*/s/ Timothy L. Barton*
Timothy L. Barton, Pro Se

## CERTIFICATE OF ELECTRONIC COMPLIANCE

I certify that (1) required privacy redactions have been made, as required by Fifth Circuit Rule 25.2.13 and Federal Rule of Appellate Procedure 25(a)(5); (2) any electronic submission of this document will be an exact copy of the version served or otherwise submitted to the Court; and (3) the PDF was scanned with [Windows 11 – Virus and Threat Protection] and is virus-free.

*/s/ Timothy L. Barton*
Timothy L. Barton, Pro Se

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d), on July 03, 2025, I served a true and correct copy of this motion by email on the following counsel and real parties in interest:

- **Ezekiel L. Hill**
  hillez@sec.gov
  U.S. Securities and Exchange Commission
  Office of General Counsel
  100 F Street, N.E.
  Washington, DC 20549

- **Keefe M. Bernstein**
  bernsteink@sec.gov
  U.S. Securities and Exchange Commission
  Trial Unit, Suite 1900
  801 Cherry Street
  Fort Worth, TX 76102

*/s/ Timothy L. Barton*
Timothy L. Barton, Pro Se

**No. 26-10534**

# In the United States Court of Appeals for the Fifth Circuit

**IN RE: TIMOTHY L. BARTON,**

*Petitioner.*

Related District Court Case:

*SEC v. Barton, No. 3:22-CV-2118-X (N.D. Tex.)*

The Honorable Brantley Starr, United States District Judge

## [PROPOSED] ORDER ON PRO SE MOTION FOR PERMISSION TO REGISTER AS A CM/ECF FILING USER

Upon consideration of Petitioner Timothy L. Barton's Pro Se Motion for Permission to Register as a CM/ECF "Filing User," IT IS ORDERED that the motion is GRANTED. Petitioner Timothy L. Barton is authorized to register and participate as a CM/ECF Filing User in original proceeding No. 26-10534, subject to the Court's electronic-filing rules and any conditions imposed by the Clerk.

The Clerk is directed to link Petitioner's CM/ECF account (email: Timothy.Barton@proton.me) to this original proceeding and provide any further instructions necessary to complete registration.

DATED: ____________________, 2026

BY THE COURT: ________________________________