# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 09, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10534 In re: Timothy Barton
USDC No. 3:22-CV-2118

The court has Granted the motion for leave to file electronically as a pro se party in this case.

In light of the court granting your motion to proceed as a pro se filer in this case only, if you do not already have full electronic filing access you must follow the instructions at http://www.ca5.uscourts.gov/docs/prosefiler.pdf

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Timothy L. Barton