# United States Court of Appeals for the Fifth Circuit

No. 26-10534

United States Court of Appeals
Fifth Circuit
**FILED**
October 6, 2026
Thomas B. Plunkett, III
Clerk

In re Timothy L. Barton,

*Petitioner*.

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

UNPUBLISHED ORDER

Before Stewart, Richman, and Haynes, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the motion to file a supplement to the petition for writ of mandamus and to exceed the word count is GRANTED.

IT IS FURTHER ORDERED that the motion to file a second supplement to the petition for writ of mandamus is GRANTED.

IT IS FURTHER ORDERED that the petition for writ of mandamus is CARRIED WITH THE CASE.