**No. 26-10534**

# United States Court of Appeals for the Fifth Circuit

**IN RE TIMOTHY L. BARTON,**
*Petitioner*

On Petition for Writ of Mandamus to the United States
District Court for the Northern District of Texas, Dallas Division
*SEC v. Barton*, No. 3:22-CV-2118-X
The Honorable Brantley Starr, United States District Judge

## MOTION FOR LEAVE TO FILE SECOND SUPPLEMENT TO PETITION FOR WRIT OF MANDAMUS (FILED PURSUANT TO THE DISTRICT COURT'S ORDER OF AUGUST 11, 2026, DKT. 849)

**Timothy L. Barton, Pro Se**
1846 E Rosemeade Pkwy, #232,
Carrollton, TX 75007
Phone: 214-673-8714
Email: Timothy.Barton@proton.me

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fifth Circuit Rule 28.2.1, the undersigned certifies that the following persons and entities have an interest in the outcome of this case. These representations are made so that the judges of this Court may evaluate possible disqualification or recusal:

- **Petitioner:**
  Timothy L. Barton (Pro Se)
- **Respondent:**
  Securities and Exchange Commission
- **Other District-Court Parties / Respondents:**
  Carnegie Development, LLC; WALL007, LLC; WALL009, LLC; WALL010, LLC; WALL011, LLC; WALL012, LLC; WALL016, LLC; WALL017, LLC; WALL018, LLC; WALL019, LLC; Haoqiang Fu (a/k/a Michael Fu); Stephen T. Wall; DJD Land Partners, LLC; and LDG001, LLC.
- **Other Interested Persons and Entities:**
  The fifty-four Receivership Entities identified in Dkts. 416-417, together with their known owners, creditors, lienholders, and claimants.
- **District Court Judge:**
  The Honorable Brantley Starr, U.S. District Judge

- **Court-Appointed Receiver:**

  Cortney C. Thomas

- **Receiver's Counsel:**

  Allan Carrillo

- **Receiver's Law Firm:**

  Brown Fox PLLC

- **SEC Counsel (Appellate — Washington, D.C.):**

  Ezekiel L. Hill, Appellate Counsel, Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549.

- **SEC Counsel (District Court — Fort Worth Regional Office):**

  Keefe M. Bernstein, Securities and Exchange Commission, 801 Cherry Street, Suite 1900, Fort Worth, TX 76102.

***/s/ Timothy L. Barton***
**Timothy L. Barton, Pro Se Petitioner**

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 27, Petitioner Timothy L. Barton respectfully moves for leave to file the accompanying Second Supplement to his pending Petition for Writ of Mandamus, together with a short Second Supplemental Appendix. This filing is made in compliance with an express directive of the District Court. In support of this motion, Petitioner states as follows:

1. Petitioner's Petition for Writ of Mandamus was filed in June 2026 and docketed as No. 26-10534. On August 10, 2026, Petitioner tendered a First Supplement to the Petition with an accompanying motion for leave to file, which remains pending before this Court.

2. On August 11, 2026, the District Court entered an order denying that motion, Dkt. 849, reproduced at Second Supplemental Appendix ("2d Supp. App.") 004–005 (Tab A). The order states that "[b]ecause Barton's motion fails to comply with Local Rules and is incomplete, the Court DENIES the motion," and it further directs: "Barton is ORDERED to supplement his application for a writ of mandamus with the Fifth Circuit with this Order." 2d Supp. App. 005.

3. The accompanying Second Supplement is tendered solely to comply with that directive. It transmits the District Court's order to this Court and adds no new grounds for relief.

4. Good cause supports leave. The order postdates both the Petition and the First Supplement and could not have been addressed in either; the District Court has expressly ordered its transmission to this Court; and prompt compliance with that order serves the orderly administration of both proceedings.

## CONCLUSION

Petitioner respectfully requests that the Court grant leave to file the Second Supplement to Petition for Writ of Mandamus and the accompanying Second Supplemental Appendix tendered with this motion, direct the Clerk to file both, and grant such other relief as the Court deems appropriate.

Respectfully submitted,

Dated: August 13, 2026.

***/s/ Timothy L. Barton***

**Timothy L. Barton, Pro Se**
1846 E Rosemeade Pkwy, #232,
Carrollton, TX 75007
Phone: 214-673-8714
Email: Timothy.Barton@proton.me

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), it contains approximately 306 words. It complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

***/s/ Timothy L. Barton***
**Timothy L. Barton,**
**Pro Se Petitioner**

## CERTIFICATE OF SERVICE

I certify that on August 13, 2026, a true and correct copy of the foregoing motion, the accompanying Second Supplement, and the Second Supplemental Appendix were served upon all counsel of record through the Court's CM/ECF system, or by email upon any party not served electronically, including counsel for the Securities and Exchange Commission. A copy was also provided to the Honorable Brantley Starr, the trial-court judge, as required by Federal Rule of Appellate Procedure 21(a)(1).

***/s/ Timothy L. Barton***
**Timothy L. Barton,**
**Pro Se Petitioner**

## CERTIFICATE OF CONFERENCE

Pursuant to Fifth Circuit Rule 27.4, Petitioner certifies that on August 12 he contacted counsel for the Securities and Exchange Commission regarding the relief requested in this motion. The Securities and Exchange Commission has advised that it takes no position on the requested relief.

**/s/ *Timothy L. Barton***
**Timothy L. Barton,**
**Pro Se Petitioner**

**No. 26-10534**

---

# United States Court of Appeals for the Fifth Circuit

---

**IN RE TIMOTHY L. BARTON,**
*Petitioner*

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Texas, Dallas Division
*SEC v. Barton*, No. 3:22-CV-2118-X
The Honorable Brantley Starr, United States District Judge

---

## SECOND SUPPLEMENT TO PETITION FOR WRIT OF MANDAMUS (FILED PURSUANT TO THE DISTRICT COURT'S ORDER OF AUGUST 11, 2026, DKT. 849)

---

**Timothy L. Barton, Pro Se**
1846 E Rosemeade Pkwy, #232,
Carrollton, TX 75007
Phone: 214-673-8714
Email: Timothy.Barton@proton.me

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fifth Circuit Rule 28.2.1, the undersigned certifies that the following persons and entities have an interest in the outcome of this case. These representations are made so that the judges of this Court may evaluate possible disqualification or recusal:

- **Petitioner:**
  Timothy L. Barton (Pro Se)
- **Respondent:**
  Securities and Exchange Commission
- **Other District-Court Parties / Respondents:**
  Carnegie Development, LLC; WALL007, LLC; WALL009, LLC; WALL010, LLC; WALL011, LLC; WALL012, LLC; WALL016, LLC; WALL017, LLC; WALL018, LLC; WALL019, LLC; Haoqiang Fu (a/k/a Michael Fu); Stephen T. Wall; DJD Land Partners, LLC; and LDG001, LLC.
- **Other Interested Persons and Entities:**
  The fifty-four Receivership Entities identified in Dkts. 416-417, together with their known owners, creditors, lienholders, and claimants.
- **District Court Judge:**
  The Honorable Brantley Starr, U.S. District Judge

- **Court-Appointed Receiver:**

  Cortney C. Thomas

- **Receiver's Counsel:**

  Allan Carrillo

- **Receiver's Law Firm:**

  Brown Fox PLLC

- **SEC Counsel (Appellate — Washington, D.C.):**

  Ezekiel L. Hill, Appellate Counsel, Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549.

- **SEC Counsel (District Court — Fort Worth Regional Office):**

  Keefe M. Bernstein, Securities and Exchange Commission, 801 Cherry Street, Suite 1900, Fort Worth, TX 76102.

***/s/ Timothy L. Barton***
**Timothy L. Barton,**

## INTRODUCTION AND PURPOSE OF THIS SUPPLEMENT

Petitioner Timothy L. Barton respectfully submits this Second Supplement to his pending Petition for Writ of Mandamus, No. 26-10534. This Supplement is filed in compliance with, and pursuant to, the District Court's order of August 11, 2026, Dkt. 849, reproduced at Second Supplemental Appendix ("2d Supp. App.") 004–005 (Tab A), which directs Petitioner to supplement this mandamus proceeding with that order.

This Supplement is a transmittal. It does not present new grounds for relief, does not seek reconsideration of any holding of this Court, and does not enlarge the relief requested in the Petition or the First Supplement tendered on August 10, 2026. It places the District Court's order before this Court, as the District Court has directed.

## THE DISTRICT COURT'S ORDER OF AUGUST 11, 2026 (DKT. 849)

On August 11, 2026, the District Court entered the following order, Dkt. 849:

> ORDER denying [846] Motion for Leave to File. Before the Court is Defendant Timothy Barton's Motion for Leave to File an Appendix. (Doc. [846]). Because Barton's motion fails to comply with Local Rules and is incomplete, the Court DENIES the motion. Barton is ORDERED to supplement his application for a writ of

> mandamus with the Fifth Circuit with this Order. (Ordered by Judge Brantley Starr on 8/11/2026)

A copy of the order as entered on the district-court docket is reproduced at 2d Supp. App. 004–005 (Tab A).

Petitioner transmits the order in full compliance with its directive.

## CONCLUSION AND RELIEF REQUESTED

For the reasons stated, Petitioner respectfully requests that the Clerk file this Second Supplement and the accompanying Second Supplemental Appendix, and that the Court consider the District Court's August 11, 2026 order, Dkt. 849, in connection with the pending Petition for Writ of Mandamus and the First Supplement.

Respectfully submitted,

Dated: August 13, 2026.

***/s/ Timothy L. Barton***
**Timothy L. Barton, Pro Se**
1846 E Rosemeade Pkwy, #232,
Carrollton, TX 75007
Phone: 214-673-8714
Email: Timothy.Barton@proton.me

## CERTIFICATE OF COMPLIANCE

This Supplement complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font. Excluding the parts exempted by Federal Rule of Appellate Procedure 32(f) and 5th Cir. R. 21, it contains approximately 299 words.

***/s/ Timothy L. Barton***
**Timothy L. Barton,**
**Pro Se Petitioner**

## CERTIFICATE OF SERVICE

I certify that on August 13, 2026, a true and correct copy of the foregoing Second Supplement and the accompanying Second Supplemental Appendix were served upon all counsel of record through the Court's CM/ECF system, or by email and/or U.S. Mail upon any party not served electronically. A copy was also provided to the Honorable Brantley Starr, the trial-court judge, as required by Federal Rule of Appellate Procedure 21(a)(1).

***/s/ Timothy L. Barton***
**Timothy L. Barton,**
**Pro Se Petitioner**

## CERTIFICATE OF CONFERENCE

Pursuant to Fifth Circuit Rule 27.4, Petitioner certifies that on August 12 he contacted counsel for the Securities and Exchange Commission regarding the relief requested in this motion. The Securities and Exchange Commission has advised that it takes no position on the requested relief.

/s/ *Timothy L. Barton*
**Timothy L. Barton,**

**No. 26-10534**

# United States Court of Appeals for the Fifth Circuit

**IN RE TIMOTHY L. BARTON,**
*Petitioner*

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Texas, Dallas Division
*SEC v. Barton*, No. 3:22-CV-2118-X
The Honorable Brantley Starr, United States District Judge

## SECOND SUPPLEMENTAL APPENDIX TO PETITIONER'S SECOND SUPPLEMENT TO PETITION FOR WRIT OF MANDAMUS

**Timothy L. Barton, Pro Se**
1846 E Rosemeade Pkwy, #232,
Carrollton, TX 75007
Phone: 214-673-8714
Email: Timothy.Barton@proton.me

# INDEX TO SECOND SUPPLEMENTAL APPENDIX



| Tab No. | Description | Page No. |
|---|---|---|
| A | Order of the United States District Court for the Northern District of Texas denying Petitioner's Motion for Leave to File Appendix [Dkt. 846] and ordering supplementation of this mandamus proceeding, Dkt. 849 (Aug. 11, 2026) | APP003-005 |

# TAB A

District Court Order, Dkt. 849 (Aug. 11, 2026)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff*, | § | |
| v. | § | Civil Action No. 3:22-CV-2118-X |
| TIMOTHY BARTON et al., *Defendants*, | § | |
| DJD LAND PARTNERS LLCS, LDG001 LLC, *Relief Defendants*. | § | |

**ORDER**

Before the Court is Defendant Timothy Barton's motion for leave to file an appendix in support of his reply. (Doc. 846).

Barton, while representing himself, is bound by the Local Rules and the rules of this Court.[1] Local Rule 7.1 requires parties to conference with opposing counsel prior to filing a motion and the motion "must include a certificate of conference indicating that the motion is unopposed or opposed." Absent that certificate, the motion is incomplete and cannot be ruled on.

[1] *Luken v. Collins*, 3 F.3d 437, 437 (5th Cir. 1993).

The motion before the Court lacks a certificate of conference. So it is an incomplete motion that the Court cannot rule on. Accordingly, the Court DENIES the motion.

The Court further ORDERS Barton to supplement his application for a writ of mandamus to the Fifth Circuit with this Order.

**IT IS SO ORDERED** this 11th day of August, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE